**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1133

_____

David Lykken; Aldon Heckenlaible,     *
                                      *
            Plaintiffs,               *
                                      *
David A. Waff,                        *
                                      *
            Appellant,                *
                                      * Appeal from the United States
       v.                             * District Court for the District
                                      * of South Dakota.
Jeff Bloomberg, Secretary of          *
Corrections, individually and in his  *          [UNPUBLISHED]
official capacity; Joe Class, Warden  *
South Dakota State Penitentiary,      *
individually and in his official capacity; *
Steve Lee, Deputy Warden,             *
individually and in his official capacity; *
Douglas Weber, Warden Security,       *
individually and in his official      *
capacity; Edward Ligtenberg, Asc.     *
Warden, individually and in his       *
official capacity,                    *
                                      *
            Appellees.                *

_____

Submitted:  January 7, 1998

Filed:  January 14, 1998

_____

Before McMILLIAN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

David A. Waff, a South Dakota inmate, appeals the district court's[1] 28 U.S.C. § 1915A dismissal of his 42 U.S.C. § 1983 action. Waff filed this action challenging prison regulations set forth in the South Dakota Department of Corrections "Inmate Living Guide." The district court dismissed Waff's claim without prejudice as frivolous. After a careful review of the record and the appellant's submissions on appeal, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable John B. Jones, United States District Judge for the District of South Dakota.